UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

21 BERGEN, LLC, et al.,

                    Plaintiffs,

                    **ORDER OF DISCONTINUANCE**

v.

                    CV-00-7171 (NGG)

PRW GROUP, INC., et al.,

                    Defendants.

-----------------------------------------------------------------

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 0 4 2005 ★
BROOKLYN OFFICE

GARAUFIS, J.

It having been reported to the Court that the above action has been settled, it is ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

                    SO ORDERED.

                    s/NGG
                    NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:    Brooklyn, N.Y.
             May 2, 2005